UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

| | | |
|---|---|---|
| GREGORY THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 07-200-GFVT |
| | ) | |
| V. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | **ORDER** |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

The Plaintiff, Gregory Thomas, brought this action pursuant to 42 U.S.C. § 405(g) to challenge a final decision of the Defendant Commissioner denying his application for Supplemental Security Income ("SSI"). [R. 1.] Consistent with the Court's practice and pursuant to 28 U.S.C. § 626(b)(1), this matter was referred to United States Magistrate Judge Edward B. Atkins for the issuance of a report and recommendation. [R. 16.]

On February 20, 2009, Magistrate Judge Atkins filed his Report and Recommendation. [R. 17.] Therein, Judge Atkins concluded that the ALJ supplied sufficient reasons for disregarding the opinions of Plaintiff's treating physicians. He noted that the ALJ specifically discussed each treating physician opinion and determined that they either lacked evidentiary support or were positively contradicted by other evidence in the record. As such, Judge Atkins found that the ALJ complied with the treating physician rule and that his decision to deny benefits was supported by substantial evidence. Although the parties were given ten (10) days from the filing of the Report and Recommendation to file objections, neither party objected.

Generally, this Court must make a *de novo* determination of those portions of the Report

and Recommendation to which objections are made.  28 U.S.C. § 636(b)(1)(c).  When no objections are made, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard . . . ."  *See Thomas v. Arn*, 474 U.S. 140, 151 (1985).  Parties who fail to object to a magistrate's report and recommendation are also barred from appealing a district court's order adopting that report and recommendation.  *United States v. Walters*, 638 F.2d 947 (6th Cir.1981).

Nevertheless, this Court has examined the record, and having made a *de novo* determination, agrees with the Magistrate Judge's Report and Recommendation.  Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

(1)     The Magistrate Judge's Report and Recommendation [R. 17] is **ADOPTED** as the opinion of this Court;

(2)     The Plaintiff's Motion for Summary Judgment [R. 12] is **DENIED**;

(3)     The Defendant's Motion for Summary Judgment [R. 14] is **GRANTED**; and

(4)     Judgment in favor of the Defendant will be entered contemporaneously herewith.

This the 10th day of March, 2009.



Signed By:
*Gregory F. Van Tatenhove*
United States District Judge